IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANN OLIVARIUS and JOHN FRANCIS MCALLISTER | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.   **PH**   **08 C 463** |
| THARALDSON PROPERTY MANAGEMENT, INCORPORATED d/b/a FAIRFIELD INN BY MARRIOTT CHAMPAIGN and MARRIOTT INTERNATIONAL, INC., | ) ) ) ) ) ) | **JUDGE ANDERSEN** **MAGISTRATE JUDGE DENLOW** |
| Defendants. | ) | |

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Plaintiff Ann Olivarius and John Francis McAllister, by and through their attorneys Clancy Law Offices, and for their complaint against the defendants Tharaldson Property Management, Incorporated doing business as Fairfield Inn By Marriott Champaign and Marriott International, Inc., state as follows.

## PARTIES

1. Ann Olivarius ("Dr. Olivarius") and John Francis McAllister ("Dr. McAllister") are individuals who lives in London, England and are husband and wife. Drs. Olivarius and McAllister are citizens of both the United States and the United Kingdom and live outside the judicial district and the State of Illinois.

1

2. At all relevant times, defendant Tharaldson Property Management, Incorporated, doing business as Fairfield Inn By Marriott Champaign ("Tharaldson") was a foreign corporation doing business throughout Illinois and the judicial district which designated Norma Rae Lock, 383 Lynch Drive, Danville, Illinois as its agent for the service of process.

3. At all relevant times, defendant Marriott International, Inc. ("Marriott") was a foreign corporation doing business throughout Illinois and the judicial district which designated Prentice Hall Corporation, 33 North LaSalle Street, Chicago, Cook County, Illinois as its agent for the service of process.

**JURISDICTION**

4. Jurisdiction in this Court is proper pursuant to 28 USC § 1332(a)(2) and venue is proper pursuant to 28 USC § 1391(a)(1).

5. At all times, Tharaldson managed and maintained real property located at 1807 Moreland Boulevard, Champaign, Champaign County, Illinois which it operated as a hotel.

6.  At all times, Marriott owned, controlled, maintained, or was otherwise responsible for the operation of a hotel on real property located at 1807 Moreland Boulevard, Champaign, Champaign County, Illinois.

## FACTS

7.  On or about January 20, 2006, Dr. Olivarius, an overnight guest of the hotel staying in room 116 on the ground floor, cut her foot on an object or objects which was/were underneath or inside the carpet outside the bathroom of her room.

## COUNT I
### (Olivarius v. Tharaldson)

8.  Plaintiff realleges and incorporates herein by reference the allegations of paragraphs 1 through 7.

9.  At all relevant times, it was Tharaldson's duty to exercise reasonable care to make its rooms safe for its guests.

10. Notwithstanding this duty, Tharaldson was negligent in one or more of the following respects:

    a.  it improperly placed Dr. Olivarius in a room with a dangerous condition;

    b.      it failed to properly maintain and/or clean room 116 which it rented to Dr. Olivarius;

    c.      it failed to warn Dr. Olivarius of the dangers present in room 116 which it rented to Dr. Olivarius; and

    d.      it failed to properly respond to her request for medical assistance and first aid supplies after Dr. Olivarius was injured;

    e.      it failed to implement and/or enforce policies regarding the maintenance of the premises which, if implemented or enforced, would have prevented Dr. Olivarius' injury.

11.    Tharaldson had actual or constructive notice of the existence of the dangerous and hazardous condition in the room it rented to Dr. Olivarius in adequate time prior to her injury to have taken measures to remedy or protect against such condition and in fact had taken such measures in the past.

12.    As a direct and proximate result Tharaldson's careless and negligent conduct, Dr. Olivarius developed an infection and cellulitis in her lower left leg resulting in severe and permanent injuries, necessitating emergency care, hospitalization and other treatment which has curtailed and diminished Dr. Olivarius' ability to earn a living and will continue to do so in the future, caused her pain, suffering, a loss of her ability to pursue the normal activities of her life, and emotional distress. Some, and perhaps all of her injuries are continuing and permanent.

WHEREFORE, plaintiff Ann Olivarius prays that this Court enter judgment on her behalf and against the defendant Tharaldson Property Management, Incorporated, doing business as Fairfield Inn by Marriott Champaign, for a sum in excess of Seventy Five Thousand Dollars plus cost of suit.

## COUNT II
### (Olivarius v. Marriott)

13. Plaintiff realleges and incorporates herein by reference the allegations of paragraphs 1 through 12.

14. At all relevant times, it was Marriott's duty to exercise reasonable care to make its rooms safe for its guests.

15. Notwithstanding this duty, Marriott was negligent in one or more of the following respects:

    a. it improperly placed Dr. Olivarius in a room with a dangerous condition;

    b. it failed to properly maintain and/or clean room 116 which it rented to Dr. Olivarius;

    c. it failed to warn Dr. Olivarius of the dangers present in room 116 which it rented to Dr. Olivarius; and

    d. it failed to properly respond to her request for medical assistance and first aid supplies after Dr. Olivarius was injured;

    e.    it failed to implement and/or enforce policies regarding the maintenance of the premises which, if implemented or enforced, would have prevented Dr. Olivarius' injury.

16. Marriott had actual or constructive notice of the existence of the dangerous and hazardous condition in the room it rented to Dr. Olivarius in adequate time prior to her injury to have taken measures to remedy or protect against such condition and in fact had taken such measures in the past.

17. As a direct and proximate result Marriott's careless and negligent conduct, Dr. Olivarius developed an infection and cellulitis in her lower left leg resulting in severe and permanent injuries, necessitating emergency care, hospitalization and other treatment which has curtailed and diminished Dr. Olivarius' ability to earn a living and will continue to do so in the future, caused her pain, suffering, a loss of her ability to pursue the normal activities of her life, and emotional distress. Some, and perhaps all of her injuries are continuing and permanent.

WHEREFORE, plaintiff Ann Olivarius prays that this Court enter judgment on her behalf and against the defendant Marriott International, Inc. for a sum in excess of Seventy Five Thousand Dollars plus cost of suit.

## COUNT III
### (McAllister v. Tharaldson)

18. Plaintiff realleges and incorporates herein by reference the allegations of paragraphs 1 through 17.

19. As Dr. Olivarius' husband, Dr. McAllister was entitled to the love, affection, society, consortium, support, guidance and services of his wife which were denied to him as a direct and proximate result of Tharaldson's negligent conduct and Dr. Olivarius' resulting injuries.

WHEREFORE, plaintiff John Francis McAllister requests that this Court enter judgment against defendant Tharaldson Property Management, Incorporated, doing business as Fairfield Inn by Marriott Champaign, for a sum in excess of Seventy Five Thousand Dollars plus cost of suit.

## COUNT IV
### (McAllister v. Marriott)

20. Plaintiff realleges and incorporates herein by reference the allegations of paragraphs 1 through 19.

21. As Dr. Olivarius' husband, Dr. McAllister was entitled to the love, affection, society, consortium, support, guidance and services of his wife which were denied to him

as a direct and proximate result of Marriott's negligent conduct and Dr. Olivarius' resulting injuries.

WHEREFORE, plaintiff John Francis McAllister requests that this Court enter judgment against defendant Marriott International, Inc. for a sum in excess of Seventy Five Thousand Dollars plus cost of suit.

                            CLANCY LAW OFFICES


                    BY:    s/   Michael W. Clancy
                            Attorney for Plaintiffs

Michael W. Clancy
Wendell W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, Illinois 60174
(630) 584-7666
Attorney No. 6208704