**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH
**08 C 463**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number:

Ann Olivarius and John Francis McAllister
vs.
Tharaldson Property Management, Incorporated, dba Fairfield
Inn by Marriott Champaign and Marriott International, Inc.

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Ann Olivarius and John Francis McAllister

| |
|---|
| NAME (Type or print)<br>Michael W. Clancy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael W. Clancy |
| FIRM<br>Clancy Law Offices |
| STREET ADDRESS<br>7 South Second Avenue |
| CITY/STATE/ZIP<br>St. Charles, Illinois 60174 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6208704 | TELEPHONE NUMBER<br>(630)584-7666 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |