**FILED**
**JANUARY 22, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**PH**

**08 C 463**

| In the Matter of | Case Number: |
|---|---|
| Ann Olivarius and John Francis McAllister vs. Tharaldson Property Management, Incorporated, dba Fairfield Inn by Marriott Champaign and Marriott International, Inc. | **JUDGE ANDERSEN** **MAGISTRATE JUDGE DENLOW** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Ann Olivarius and John Francis McAllister

| NAME (Type or print) |
|---|
| Wendell W. Clancy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Wendell W. Clancy |
| FIRM |
| Clancy Law Offices |
| STREET ADDRESS |
| 7 South Second Avenue |
| CITY/STATE/ZIP |
| St. Charles, Illinois 60174 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6208704 | (630)584-7666 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |