# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08C 463

Ann Olivarius and John Francis McAllister
v.
Tharaldson Property Management, Incorporated d/b/a Fairfield Inn by Marriott Champaign and Marriott International, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tharaldson Property Management, Incorporated d/b/a Fairfield Inn by Marriott Champaign and Marriott International, Inc.

| NAME (Type or print) |  |
|---|---|
| James C. Barrow |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ James C. Barrow |  |
| FIRM |  |
| Law Offices of Lauren K. Meachum |  |
| STREET ADDRESS |  |
| 10 S. LaSalle Street, Ste. 2800 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60603 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6269376 | 312-726-6317 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08C 463

Ann Olivarius and John Francis McAllister
v.
Tharaldson Property Management, Incorporated d/b/a Fairfield Inn by Marriott Champaign and Marriott International, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tharaldson Property Management, Incorporated d/b/a Fairfield Inn by Marriott Champaign and Marriott International, Inc.

| | |
|---|---|
| NAME (Type or print) Thomas W. Starck | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Thomas W. Starck | |
| FIRM Law Offices of Lauren K. Meachum | |
| STREET ADDRESS 10 S. LaSalle Street, Ste. 2800 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3128324 | TELEPHONE NUMBER 312-726-6317 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |