IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN OLIVARIUS and JOHN FRANCIS MCALLISTER ) ) ) | |
| Plaintiffs ) | NO: 08 C 463 |
| ) ) | |
| vs ) ) ) | |
| THARALDSON PROPERTY ) MANAGEMENT, INCORPORATED d/b/a ) FAIRFIELD INN BY MARRIOTT ) CHAMPAIGN and MARRIOTT ) INTERNATIONAL, INC. ) ) | |
| Defendants ) ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER PLAINITFF'S COMPLAINT

NOW COMES the Defendant(s), THARALDSON PROPERTY MANAGEMENT, INCORPORATED by and through its attorneys, LAW OFFICES OF LAUREN K. MEACHUM, and as its Motion for Extension of Time to answer Plaintiffs' complaint, states as follows:

1. Plaintiffs filed their Complaint at Law on January 22, 2008 alleging injuries suffered in an accident that occurred on January 20, 2006.

2. Because Defense counsel, Thomas W. Starck was out of town for a period of time (and is currently out of town at the time this Motion is being prepared) and because there was a delay in confirming service on the defendant, Defendant did not file its answer to the Complaint within the statutory time period.

3. Defendant, Tharaldson Property Management Incorporated, seeks an extension of Thirty (30) days to answer the plaintiff's complaint.

4. Plaintiffs will not be prejudiced by an order extending defendant's time to answer.

WHEREFORE, Defendant, Tharaldson Property Management Incorporated, requests that the court grants its Motion to Extend the time to answer the plaintiffs' complaint for a period of thirty (30) days.

                                                s/James C. Barrow  
                                                Thomas W. Starck  
                                                James C. Barrow  
                                                Attorneys for Defendant, Tharaldson Motels

Law Offices Of Lauren K. Meachum  
10 South LaSalle Street, Suite 2800  
Chicago, Illinois 60603  
Telephone: (312) 726-6317