TWS/smf P 346-025777-01/

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN OLIVARIUS and JOHN FRANCIS MCALLISTER<br><br>    Plaintiffs<br><br>vs<br><br>THARALDSON PROPERTY MANAGEMENT, INCORPORATED d/b/a FAIRFIELD INN BY MARRIOTT CHAMPAIGN and MARRIOTT INTERNATIONAL, INC.<br><br>    Defendants | )<br>)<br>)<br>)<br>)  NO:  08 C 463<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   Michael W. Clancy
      Clancy Law Offices
      7 South Second Avenue
      St. Charles, IL 60174

On May 15, 2008 at 9:00 A. M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andersen presiding or any judge sitting in that Judge's stead, in the courtroom usually occupied by him/her in Room 1403 of the U.S. District Court, Northern District of Illinois, and shall then and there move to present the attached Motion.

                              s/ James C. Barrow
                              Attorneys for Defendant, Tharaldson Motels
                              (Hampton Inn)

Law Offices Of Lauren K. Meachum
10 South LaSalle Street, Suite 2800
Chicago, Illinois 60603
Telephone: (312) 726-6317

## CERTIFICATE OF SERVICE

I, hereby certify that on May 5, 2008, I electronically filed Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the above listed.

                              s/James C. Barrow
                              James C. Barrow