UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ann Olivarius, et al.

                Plaintiff,

v.   Case No.: 1:08−cv−00463
     Honorable Wayne R. Andersen

Tharaldson Property Management, Incorporated, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

    MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion for extension of time to answer [9] or otherwise plead to plaintiff's complaint is granted to 6/16/2008. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.