UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ann Olivarius, et al.

Plaintiff,

v.

Case No.: 1:08−cv−00463
Honorable Wayne R. Andersen

Tharaldson Property Management, Incorporated, et al.

Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 19, 2008

/s/ Wayne R. Andersen

United States District Judge