P 346-025777-01/JFB/smf          Firm #36250

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ANN OLIVARIUS and JOHN FRANCIS MCALLISTER<br><br>  Plaintiffs<br><br>vs<br><br>THARALDSON PROPERTY MANAGEMENT, INCORPORATED d/b/a FAIRFIELD INN BY MARRIOTT CHAMPAIGN and MARRIOTT INTERNATIONAL, INC.<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>) 08 C 463<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

I hereby certify that on June 16, 2008, I electronically filed Defendant Tharaldson Property Management, Incorporated Answer to Complaint & Affirmative Defense, with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Michael W. Clancy
Wendell W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL 60174

                              /sThomas W. Starck
                              Thomas W. Starck

Law Offices Of Lauren K. Meachum
10 South LaSalle Street, Suite 2800
Chicago, Illinois 60603
Telephone: (312) 726-6317
Attorney Code: 36250