IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN OLIVARIUS and JOHN FRANCIS MCALLISTER, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No.  08 CV 00463 |
| THARALDSON PROPERTY MANAGEMENT, ) INCORPORATED d/b/a FAIRFIELD INN BY ) MARRIOTT CHAMPAIGN and MARRIOTT ) INTERNATIONAL, INC., ) ) | Honorable Wayne R. Anderson<br><br>Honorable Morton Denlow |
| Defendants. ) | |

## NOTICE OF FILING

TO:   John Boyle, Esq.
      Law Offices of Lauren K. Meachum
      10 S LaSalle Street, Suite 2800
      Chicago, Illinois 60603

   I hereby certify that on June 19, 2008 I electronically filed Plaintiffs' Answer to Defendant Tharaldson Property Management, Incorporated's Affirmative Defenses.

**Clancy Law Offices
Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

   The undersigned certifies under penalties of perjury as provided by law, that I caused this Notice and described documents to be served upon the above named parties via ECF on June 19, 2008.

s/ Sara S. Harrigan

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, Illinois 60174
(630) 584-7666
6208704