P 346-025777-01/JFB/smf          Firm #36250

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ANN OLIVARIUS and JOHN FRANCIS MCALLISTER<br><br>    **Plaintiffs**<br><br>vs<br><br>THARALDSON PROPERTY MANAGEMENT, INCORPORATED d/b/a FAIRFIELD INN BY MARRIOTT CHAMPAIGN and MARRIOTT INTERNATIONAL, INC.<br><br>    **Defendants** | )<br>)<br>)<br>)<br>)  **08 C 463**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

I hereby certify that on July 2, 2008, I electronically filed Defendant Tharaldson Property Management, Incorporated Amended Answer to Complaint & Affirmative Defense, with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Michael W. Clancy
Wendell W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL  60174

                                        /s John F. Boyle
                                        John Boyle

Law Offices Of Lauren K. Meachum
10 South LaSalle Street, Suite 2800
Chicago, Illinois  60603
Telephone:  (312) 726-6317
Attorney Code: 36250