IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANN OLIVARIUS and JOHN FRANCIS MCALLISTER ) ) ) Plaintiffs, ) ) vs. ) ) THARALDSON PROPERTY MANAGEMENT, ) INCORPORATED d/b/a FAIRFIELD INN BY ) MARRIOTT CHAMPAIGN and MARRIOTT ) INTERNATIONAL, INC., ) ) Defendants. ) | No. 08 CV 00463<br><br>Honorable Wayne R. Anderson<br><br>Honorable Morton Denlow |

**PLAINTIFFS' ANSWER TO DEFENDANT
THARALDSON'S AMENDED AFFIRMATIVE DEFENSES**

Plaintiffs Ann Olivarius and John Francis Olivarius, by and through their attorneys Clancy Law Offices, answer defendant Tharaldson Property Management, Incorporated's affirmative defense as follows:

1. At all times as alleged in plaintiffs' complaint, it was the duty of the plaintiff, Ann Olivarius, to exercise reasonable care for her own safety.

    ANSWER: Plaintiff admits only those duties imposed by law and denies that this paragraph completely or correctly sets forth her legal duty.

2. The plaintiff Ann Olivarius failed to exercise reasonable care for her own safety and was guilty of one or more of the following careless and negligent acts and/or omissions:

   a. failed to maintain a proper lookout where she was walking; and

   b. was otherwise careless and negligent.

   ANSWER: Denied, including each and every subparagraph.

3. If the plaintiffs, Ann Olivarius and John Francis Olivarius, sustained injuries and damages as alleged in their complaint, which the defendant continues to deny, then it was the result of one or more of the aforementioned careless and negligent acts and/or omissions on the part of the plaintiff, Ann Olivarius.

   ANSWER: Denied.

4. If judgment is rendered in favor of the plaintiffs, Ann Olivarius and John Francis McAllister, and against the defendant, Tharaldson Property Management, Incorporated, the plaintiffs shall be totally precluded from recovery, pursuant to §2-1116 of the Illinois Code of Civil Procedure, because the contributory fault of the plaintiff, Ann Olivarius, in causing the

plaintiff's injuries and damages exceeded fifty percent (50%) or, in the alternative, if comparative fault of the plaintiff, Ann Olivarius, is determined to be fifty percent (50%) or less, the judgment in favor of the plaintiffs shall be reduced in an amount equal to the pro rata share of the contributory or comparative negligence or fault of the plaintiff, Ann Olivarius, in proximately causing the plaintiff's injuries and damages.

ANSWER:  This is a conclusion of law requiring no response from plaintiff.  To the extent that a response is deemed necessary, denied.

WHEREFORE, plaintiffs Ann Olivarius and John Francis McAllister, by and through their attorneys Clancy Law Offices, prays that the Affirmative Defenses be dismissed and that they be awarded costs associated with their defense of them.

   s/   Michael W. Clancy

Michael W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, Illinois 60174
(630) 584-7666
Attorney No. 6208704