P 346-025777-01/JFB/smf                Firm #36250

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| ANN OLIVARIUS and JOHN FRANCIS MCALLISTER )<br><br>    Plaintiffs )<br><br>vs )<br><br>THARALDSON PROPERTY MANAGEMENT, INCORPORATED d/b/a FAIRFIELD INN BY MARRIOTT CHAMPAIGN and MARRIOTT INTERNATIONAL, INC. )<br><br>    Defendants ) | 08 C 463 |

**CERTIFICATION OF SERVICE**

I hereby certify that on July 17, 2008, I electronically filed Defendant Tharaldson Property Management, Inc.'s Certificate of Service of Discovery Upon Plaintiff, with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Michael W. Clancy
Wendell W. Clancy
Clancy Law Offices
7 South Second Avenue
St. Charles, IL 60174

and I hereby further certify that on July 17, 2008, I mailed by United States Postal Service, Defendant Tharaldson Property Management, Inc.'s Interrogatories to Plaintiff, Notice for Production of Documents, and Notice of Deposition documents(s) to the above.

                                                              /s John F. Boyle
                                                              John Boyle

Law Offices Of Lauren K. Meachum
10 South LaSalle Street, Suite 2800
Chicago, Illinois 60603
Telephone: (312) 726-6317
Attorney Code: 36250