# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Ann Olivarius, et al.

                        Plaintiff,

v.                                               Case No.: 1:08−cv−00463

                                                       Honorable Jeffrey T. Gilbert

Tharaldson Property Management, Incorporated, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 3, 2010:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Status hearing held. Status hearing set for 8/17/10 at 1:30 p.m. for a further report on the status of settlement discussions. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.