**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Ann Olivarius, et al.

                        Plaintiff,

v.                                         Case No.: 1:08−cv−00463
                                                                     Honorable Jeffrey T. Gilbert

Tharaldson Property Management, Incorporated, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 21, 2010:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Status hearing held. Status hearing set for 12/21/10 at 9:45 a.m. The discovery schedule set forth in the Court's previous minute order issued on 8/24/10 is modified as follows: Defendant shall depose Plaintiffs' expert witnesses by 11/12/2010. Defendant shall disclose its experts by 12/14/10. Plaintiffs shall depose Defendant's experts by 1/14/2010. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.